IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BAMBI LOMBARDO,
now known as BAMBI HARMON,

      Plaintiff,

vs.                                No.   12-0187-DRH

PERRY COUNTY, IL, et al.,

      Defendants.

## ORDER

**HERNDON, Chief Judge:**

On March 14, 2013, plaintiff filed a dismissal of individual defendants with prejudice (Doc. 22). Specifically, plaintiff dismissed with prejudice any and all claims against Sheriff Keith Kellerman, Deputy Barris (o/k/a Steven Bareis), Zach Bedout, Wally Behm, Doug Clark, Larry Galbraith, Joshua Harsy, John Hopkins, Roger McCullom, Mike Plumlee, William Reagan, Lisa Zetler, and John and Jane Doe Deputies. Pursuant to the dismissal, the Court **DISMISSES with prejudice** the above named individual defendants. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same at the close of the case.

**IT IS SO ORDERED.**

Signed this 18th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.18
16:37:15 -05'00'

**Chief Judge**
**United States District Court**