IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BAMBI LOMBARDO,
now known as BAMBI HARMON,

      Plaintiff,

vs.    No.   12-0187-DRH

PERRY COUNTY, IL, et al.,

      Defendants.

## ORDER

**HERNDON, Chief Judge:**

Today, the parties filed stipulation of dismissal (Doc. 24). The stipulation is to all parties; states that dismissal shall be with prejudice; and states that all parties shall bear its own costs. Pursuant to the stipulation of dismissal, the Court **DISMISSES with prejudice** this cause of action with each party to bear its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 27th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.27
10:59:56 -05'00'

**Chief Judge**
**United States District Court**