UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**BAMBI LOMBARDO**
*n/k/a* **BAMBI HARMON**,

    **Plaintiff,**

v.

**PERRY COUNTY, ILLINOIS, et al,**

    **Defendants.**                           No. 12-cv-187-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court pursuant to the Stipulations of Dismissal filed on March 14, 2013 and March 27, 2013.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered on March 14, 2013 and March 27, 2013, this case is **DISMISSED** with prejudice as to all parties.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                              BY:    /s/*Sara Jennings*
                                            **Deputy Clerk**

**Dated:**  March 27, 2013

Digitally signed by David R. Herndon
Date: 2013.03.27 11:01:55 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT